Stephanie R. Gast, Esq. - State Bar #- 237792
Krohn & Moss, Ltd.
5055 Wilshire Blvd Suite 300
Los Angeles California 90036
(323) 988-2400
*SGast@consumerlawcenter.com*

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE MALLOY, | Case No.: C06 0538 CW |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER |
| EQUIFAX INFORMATION SERVICES, LLC, COMMONWEALTH EDISON COMPANY AND HARVARD COLLECTIONS, | |
| Defendants. | |

The parties having entered a stipulation agreeing to allow Plaintiff leave to Amend the Complaint, this request is granted and Plaintiff is granted leave to amend her Complaint.

Signed: _/s/ Claudia Wilken_____

United States District Court Judge for the
Northern District of California