1  Nora Nachtsheim, Esq.
2  ERICKSEN, ARBUTHNOT, KILDUFF,
   DAY & LINDSTROM, INC.
3  155 Grand Avenue, Suite 1050
4  Oakland, CA 94612
   Tel: (510) 832-7770, x135
5  Fax:(510) 832-0102
6  Email: nnachtsheim@eakdl.com

7  Camille W. Averett, Esq.
   Admitted *Pro Hac Vice*
8  KILPATRICK STOCKTON LLP
   1100 Peachtree Street, Suite 2800
9  Atlanta, GA 30309
   Tel: (404) 815-6191
10 Fax: (404) 541-4727

11 Attorneys for Defendant
   EQUIFAX INFORMATION SERVICES LLC
12

13
                IN THE UNITED STATES DISTRICT COURT
14
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 | MARGUERITE MALLOY,                    ) Case No: C-06-0538 CW
17 |        Plaintiff,                     )
                                           )
18 | v.                                    ) ORDER GRANTING EQUIFAX
19 | EQUIFAX INFORMATION                   ) INFORMATION SERVICES LLC'S
     SERVICES LLC, COMMONWEALTH            ) MOTION TO APPEAR
20 | EDISON COMPANY AND                    ) TELEPHONICALLY AT
     HARVARD COLLECTIONS,                  ) MEDIATION
21 |                                       )
22 |        Defendants.                    )

23   IT IS HEREBY ORDERED that Equifax's Motion for its representative to appear
24 telephonically at the mediation on July 11, 2006 is hereby granted, no opposition
25 having been received.
26                              _____
27                              Magistrate Judge Wayne D. Brazil
                                United States District Court
28

9149614.1