Stephanie R. Gast, Esq. - State Bar #- 237792
Krohn & Moss, Ltd.
5055 Wilshire Blvd
Suite 300
Los Angeles California 90036
(323) 988-2400
*SGast@consumerlawcenter.com*

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE MALLOY, ) | Case No.  C 06-00538CW |
| ) | Assigned to the Honorable Claudia Wilken |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EQUIFAX INFORMATION SERVICES, ) | |
| LLC, COMMONWEALTH EDISON ) | |
| COMPANY AND HARVARD ) | |
| COLLECTIONS, ) | |
| Defendants. | |

**ORDER FOR STIPULATION TO DISMISS CLAIMS AGAINST CERTAIN**

**DEFENDANTS WITH PREJUDICE**

Plaintiff's Stipulation To Dismiss Defendants COMMONWEALTH EDISON COMPANY AND HARVARD COLLECTIONS only With Prejudice is found well taken and is hereby granted.

For good cause shown, it is ordered that this Court grant Plaintiff's Stipulation To Dismiss Defendants COMMONWEALTH EDISON COMPANY AND HARVARD

. . .

STIPULATION TO DISMISS

COLLECTIONS only With Prejudice. All remaining claims against Defendant EQUIFAX INFORMATION SERVICES, LLC, are still pending.

/s/  CLAUDIA WILKEN

_____
Honorable Claudia Wilken
United States District Judge

Dated:  7/7/06 _____