```
1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:    (415) 431-4500
   Fax:      (415) 255-8631
4  E-Mail:   rwlaw@mindspring.com

5  Attorney for Defendant DWIGHT GILCHRIST
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR06 0538 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR TRAVEL** |
| v. | |
| DWIGHT GILCHRIST, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that the following modification can be made to the conditions of pretrial release for defendant Dwight Gilchrist in the above-entitled case.

Defendant Dwight Gilchrist's travel restrictions are modified such that he is allowed to travel outside the Northern District of California to the Eastern District of California, when necessary for personal and/or business purposes, subject to prior approval from Pretrial Services.

Counsel Robert Waggener has verified that United States Pretrial Services Officer Paul Mamaril has no objection to the described modification of Mr. Gilchrist's release conditions.

\\\\
\\\\
\\\\
\\\\

1 | All other conditions of Mr. Gilchrist's release conditions are to remain in effect.

3 | Dated: October 31, 2007

ROBERT WAGGENER
Attorney for Defendant
DWIGHT GILCHRIST

7 | Dated: November ___1___, 2007

TRACIE BROWN
Assistant United States Attorney

10 | **IT IS SO ORDERED.**

12 | Dated: _____

SUSAN ILLSTON
United States District Court Judge